UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-61559-RNS (Scola/Otazo-Reyes)

WALTER MACIEL,
ALEXIS PAREDES, and
JORGE COHUBEY,

 Plaintiffs,

v.

ANDREU & ASSOCIATES, INC.,
JOSE ANDREU, JOSE F. RODRIGUEZ,
and ARTURO SILVEIRA,

 Defendants.
_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE**

 **THIS CAUSE** came before the Court upon the parties' joint motion to review and approve FLSA settlement and dismiss action with prejudice. The parties have sought the Court's approval of their settlement. See Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353 (11th Cir. 1982). The Court has reviewed the parties' settlement (*in camera*) and is otherwise fully advised in the premises, and it is hereby

 **ORDERED and ADJUDGED** that the parties' settlement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement be necessary. All pending motions are denied as moot and the Clerk is directed to CLOSE this action.

 **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this ___ day of _____, 2015.

                _____
                ROBERT N. SCOLA, JR.
Copies provided to:        UNITED STATES DISTRICT JUDGE
All Counsel of Record